# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN SULLIVAN,<br><br>        Plaintiff,<br><br>        v.<br><br>COMMISSIONER OF SOCIAL SECURITY.<br><br>        Defendant. | Case No. 1:16-cv-00186-SAB<br><br>ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF<br><br>(ECF No. 15) |

On September 30, 2016, Plaintiff filed a stipulation for an extension of time to file her opening brief. (ECF No. 15.)

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff's opening brief shall be filed on or before November 2, 2016;

2. Defendant's opposition shall be filed on or before December 5, 2016;

3. Plaintiff's reply, if any, shall be filed on or before December 23, 2016; and

4. The parties are advised that due to the impact of social security cases on the Court's docket and the Court's desire to have cases decided in an expedient manner, requests for modification of the briefing scheduling will not routinely be granted and will only be granted upon a showing of good cause. Further, requests to modify the briefing schedule that are made on the eve of a deadline will be

looked upon with disfavor and may be denied absent good cause for the delay in seeking an extension.

IT IS SO ORDERED.

Dated: **September 30, 2016**

_____
UNITED STATES MAGISTRATE JUDGE

2