# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN SULLIVAN,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:16-cv-00186-SAB<br><br>ORDER DIRECTING CLERK OF THE COURT TO ENTER JUDGMENT |

On March 22, 2017, the Court granted in part Plaintiff's social security appeal. (ECF No. 20.) Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to enter judgment in favor of Plaintiff Carolyn Sullivan and against Defendant Commissioner of Social Security.

IT IS SO ORDERED.

Dated: **May 2, 2017**

UNITED STATES MAGISTRATE JUDGE