# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN SULLIVAN,<br><br>  Plaintiff,<br><br> v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No.: 1:16-cv-00186-SAB<br><br>ORDER RE STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)<br><br>(ECF No. 24) |

  Pursuant to the stipulation of the parties, IT IS ORDERED that fees in the amount of six thousand dollars ($6,000.00) as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated: **August 1, 2017**

                UNITED STATES MAGISTRATE JUDGE